### WATSON v. COX.

Appeal from Ellis county.

*Distress Warrant—Landlord and Tenant.*—If a tenant, the rent ei npaid, is about to remove his property from the rented premises, without the consent of his landlord, such landlord is entitled to

sue out a distress warrant against such property, whether the rent is due or not. Reversed and remanded.

Opinion by Willson, J.